MINETT GOLDSTEIN, Respondent, v. MARY E. VALENTINE and Others, Appellants, and LAURA VALENTINE, H. RUSSELL BRAND and Others, Defendants.— Action for damages by reason of an alleged conspiracy to render valueless a mortgage held by plaintiff on a lease of real estate made by defendants Valentine to 225 West Thirty-fourth Street, Inc., and by it assigned to defendant Brand and by him assigned to the H. Russell Brand Realty Co., Inc. Order granting plaintiff's motion for the examination of the appellants before trial reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the complaint fails to state facts sufficient to constitute a cause of action, and, therefore, an examination of the defendants-appellants should not be granted. Hagarty, Scudder, Tompkins, Davis and Johnston, JJ., concur.

GRIFFIN MANUFACTURING Co., INC., Respondent, v. GOLD DUST CORPORATION and TWO IN ONE SHINOLA BIXBY CORPORATION, Appellants, and RAYMOND WARBURTON, Defendant. (Appeal No. 1.) — Order denying motion of corporate defendants for a bill of particulars affirmed, with ten dollars costs and disbursements, with leave to renew the motion, if so advised, on completion of the examination of defendants as allowed in the companion appeal [Griffin Mfg. Co., Inc., v. Gold Dust Corp. (No. 2), 245 App. Div. 385], decided herewith. If such examination is had and completed under the conditions allowed, it is likely that no bill of particulars will be necessary. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

In the Matter of the Application of HENRY SELDEN WELLER, and Others, Practicing under the Firm Name and Style of WELLER, ROGERS & BERGEN, Appellants, to Compel MARGRETHE CALLISTER, as Executrix, etc., of HERBERT J. CALLISTER, Deceased, Respondent, to Pay Attorneys' Fees and Disbursements under Section 231-a of the Surrogate's Court Act.— Order of the Surrogate's Court of Kings county modified by fixing the compensation of the petitioners at the sum of $3,000 and the disbursements at the sum of $21.53. As so modified the order is unanimously affirmed, with costs to appellants, payable out of the estate. In our opinion the bill rendered was reasonable and we find no evidence of padding. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of ANTHONY V. CARTAFALSA to Prove the Last Will and Testament of SALVATORE CANNARIATO, Late of Kings County, Deceased. ANTHONY V. CARTAFALSA, as Executor, etc., of SALVATORE CANNARIATO, Deceased, Appellant; GIUSEPPE CANNARIATO and Others, Respondents.— Decree of the Surrogate's Court of Kings county denying probate to an alleged will and codicil, entered on the verdict of a jury after trial on framed issues, unanimously affirmed, with costs, payable out of the estate, to all parties appearing and filing briefs. No opinion. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

LEE FINISH CORPORATION, Respondent, v. YERVANT HARGAZON, Appellant, and Another, Defendant.— Judgment of the County Court of Nassau county in favor of plaintiff for goods sold and delivered unanimously affirmed, with costs. No opinion. Present — Hagarty, Scudder, Tompkins, Davis and Johnston, JJ.